# EXHIBIT 1

Atty. 03868

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISON

MEHDI SHIRAZI MOHAMMADI )
and FARIDEH PAHLAVANZADEH, )
                                   )           2016L007073
       Plaintiffs, )           CALENDAR/ROOM D
                                    )           TIME 00:00
v.                                   )   No.      Premises Liability
                                   )
MEGABUS USA, LLC d/b/a MEGABUS )
and UNIDENTIFIED MEGABUS DIRVER,)

### COMPLAINT AT LAW

#### Count I – Negligence

NOW COMES the Plaintiff, MEHDI SHIRAZI MOHAMMADI, by his attorneys, GOLDBERG WEISMAN CAIRO, complaining against Defendant, MEGA BUS USA, LLC d/b/a MEGA BUS and UNIDENTIFIED MEGABUS DIRVER, states as follows:

1. On or about October 12, 2014, and at all relevant times, MEGA BUS USA, LLC d/b/a MEGA BUS (hereinafter "MEGABUS") was an interstate motor carrier, licensed to do business in the state of Illinois, and was engaged in the business of transporting passengers throughout the United States, including to and from the City of Chicago, County of Cook, and State of Illinois.

2. On or about October 12, 2014, at about 10:30 AM, and at all relevant times, MEGABUS owned, operated, maintain, managed and controlled a bus at a bus stop in Iowa City, Iowa, at or near the corner of E. Burlington St. and S. Dubuque St., scheduled to depart from there to Chicago, Illinois.

[1189794/1]

3.  At said time and place, Defendant, UNIDENTIFIED MEGABUS DRIVER, was a bus was an agent and/or employee of MEGABUS, operating the bus within the scope their agency and/or employment.

4.  At said time and place, Plaintiff, MEHDI SHIRAZI MOHAMMADI, then and now a resident of Illinois, boarded said MEGA BUS, after purchasing a ticket for the bus to Chicago, Illinois.

5.  At said time and place, Defendants MEGABUS and the UNIDENTIFIED MEGABUS DRIVER proceeded forward before MEHDI SHIRAZI MOHAMMADI had taken his seat on the second level on the bus toward the rear, causing him to fall into the rear stairwell of the bus.

6.  At said time and place, Defendants, MEGABUS and the UNIDENTIFIED MEGABUS DRIVER, had a heightened duty of care toward its passengers, including MEHDI SHIRAZI MOHAMMADI.

6.  Despite said duty, MEGABUS and the UNIDENTIFIED MEGABUS DRIVER were guilty of one or more of the following negligent acts and/or wrongful acts:

**Direct Negligence against Megabus**

a.  Failed to implement adequate policies and procedures on when a bus driver can safely proceed from a bus stop after one or more passengers have boarded;

b.  Failed to carefully train its bus drivers on when they can safely proceed from a bus stop after one or more passengers have boarded;

c.  Failed to carefully supervise its bus drivers regarding how they proceed from a bus stop after one or more passengers have boarded;

**Unidentified Bus Driver – Directly and Vicariously through Megabus**

a.  Failed to carefully determine whether all the driver's passengers were seated before proceeding forward from the bus stop;

[1189794/1]

    b.    Proceeded from the bus stop knowing not all of the driver's passengers were seated because the driver was in a hurry in disregard for their safety; and

otherwise failed to put the safety of his passengers before all other considerations.

    7.    As a direct and proximate result of one or more of the following wrongful acts and/or omissions, MEHDI SHIRAZI MOHAMMADI fell into the rear stairwell of the bus sustaining severe and permanent injuries, including a skull fracture and brain damage, along with past and future pain and suffering, past and future disability, past and future medical expenses, lost wages and other losses flowing form this occurrence.

    8.    Plaintiff's damages are valued in excess of $50,000, as required by the Law Division.

WHEREFORE, Plaintiff prays for judgment in his favor and against Defendants, MEGABUS and the UNIDENTIFIED MEGABUS DRIVER, jointly and severally, for severe and permanent injuries, including a skull fracture and brain damage, along with past and future pain and suffering, past and future disability, past and future medical expenses, [lost wages], other losses flowing form this occurrence and any other relief the Court deems appropriate.

### Count II – Loss of Consortium

NOW COMES the Plaintiff, FADRIDEH PAHLAVANZADEH, by his attorneys, GOLDBERG WEISMAN CAIRO, complaining against Defendant, MEGA BUS USA, LLC d/b/a MEGA BUS and UNIDENTIFIED MEGABUS DIRVER, states as follows:

    1-7.    Plaintiff, FADRIDEH PAHLAVANZADEH, re-alleges and incorporates paragraphs 1 through 7 of Count I as paragraphs 1 through 7 of Count II.

    8.    At all relevant times, FADRIDEH PAHLAVANZADEH, was and is the lawful wife of MEHDI SHIRAZI MOHAMMADI.

[1189794/1]

9. By virtue of MEHDI SHIRAZI MOHAMMADI wrongfully caused injuries, FADRIDEH PAHLAVANZADEH has been deprived of the companionship, society and consortium she previously enjoyed.

10. Plaintiff's damages are valued in excess of $50,000, as required by the Law Division.

WHEREFORE, Plaintiff, FADRIDEH PAHLAVANZADEH, prays for judgment in her favor and against Defendants, MEGABUS and the UNIDENTIFIED MEGABUS DRIVER, jointly and severally, for loss of the companionship, society and consortium she previously enjoyed, and any other relief the Court deems appropriate.

GOLDBERG WEISMAN CAIRO

By: _____
One of Plaintiff's Attorneys

Jason M. Kroot
GOLDBERG WEISMAN CAIRO
One E. Wacker Drive, Suite 3800
Chicago, IL. 60601
312-464-1200

[1189794/1]